

**STATE OF ALASKA**

**THIRD JUDICIAL DISTRICT**

    I, Danielle Bailey, Executive Director of the Alaska Bar Association and custodian of its records, certify that **Brandon Tyler Jones-Cobb** was admitted to the Alaska Bar Association and to the practice of law in Alaska in October of 2016, and is presently an Active member in good standing of the Alaska Bar Association.

    Dated December 10, 2025.

                                              ALASKA BAR ASSOCIATION

                                              *for* Danielle Bailey
                                              Executive Director



840 K Street, Suite 100 • Anchorage, Alaska 99501-3353
907-272-7469 • Fax 907-272-2932 • http://www.alaskabar.org