UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br>378 N. Main Avenue<br>Tucson, AZ 85701,<br><br>     *Plaintiff*,<br>   v.<br><br>U.S. DEPARTMENT OF AGRICULTURE,<br>1400 Independence Avenue, SW<br>Washington, D.C. 20250,<br><br>     *Defendant*. | **[PLAINTIFF'S PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY BRANDON JONES-COBB PRO HAC VICE**<br><br>Case No: 1:25-cv-04389 |

The Court has reviewed the Plaintiff's motion for admission of attorney Brandon Jones-Cobb pro hac vice. Upon consideration of that motion, the Court grants attorney Brandon Jones-Cobb's pro hac vice admission to this Court.

IT IS SO ORDERED.


DATED:_____          _____
                                                       United States District Judge

1