# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br>378 N. Main Avenue<br>Tucson, AZ 85701,<br><br>          *Plaintiff*,<br>     v.<br><br>U.S. DEPARTMENT OF AGRICULTURE,<br>1400 Independence Avenue, SW<br>Washington, D.C. 20250,<br><br>          *Defendant*. | **MOTION FOR ADMISSION OF ATTORNEY MARLEE GOSKA PRO HAC VICE**<br><br>Case No: 1:25-cv-04389 |

Pursuant to Civil Local Rule 83.2(c), I, Amy R. Atwood, counsel for Plaintiff Center for Biological Diversity in the above-captioned case, hereby respectfully move for the admission of attorney Marlee Goska pro hac vice before this Court. Ms. Goska's declaration in support of this motion and proposed order are attached hereto. As set forth in Ms. Goska's declaration, she is an active member in good standing of the State Bar of Alaska. Ms. Goska's address and phone number are: Center for Biological Diversity, P.O. Box 1178, Homer, AK 99603 and (907) 931-4775.

This motion is supported and signed by Amy R. Atwood, an active and sponsoring member of the Bar of this Court.

Respectfully submitted for the Court's consideration, this 18th day of December, 2025.

> */s/ Amy R. Atwood*
> Amy R. Atwood (D.C. Bar No. 470258)
> Center for Biological Diversity
> P.O. Box 11374
> Portland, OR 97211-0374
> (971) 717-6401
> atwood@biologicaldiversity.org