UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br>378 N. Main Avenue<br>Tucson, AZ 85701,<br><br>    *Plaintiff*,<br><br>    v.<br><br>U.S. FOREST SERVICE,<br>1400 Independence Avenue, SW<br>Washington, D.C. 20250,<br><br>    *Defendant*. | **DECLARATION IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY MARLEE GOSKA PRO HAC VICE**<br><br>Case No: 1:25-cv-04389 |

Pursuant to LCvR 83.2(c), I, Marlee Goska, hereby respectfully request to appear pro hac vice on behalf of Center for Biological Diversity in the above-captioned case. I declare the following under penalty of perjury:

(1)   My full name is Marlee Rebecca Goska.

(2)   My address is Center for Biological Diversity, P.O. Box 1178, Homer, AK 99603. My telephone number is (907) 931-4775.

(3)   I have been admitted to the following bars:

- State Bar of Alaska (Bar No. 2305043)
- State Bar of Oregon (Bar No. 215287 – inactive status)
- U.S. District Court – District of Oregon
- U.S. District Court – District of Alaska
- U.S. Court of Appeals – Ninth Circuit

(4)   I hereby certify that I have never been disciplined by any bar.

(5)   I have been admitted pro hac vice in this Court zero times in the last two years.

1

(6) I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending with the District of Columbia Bar.

This Motion is accompanied by a certificate from the Alaska State Bar, which states that I am a member of good standing of the Alaska State Bar.

Amy R. Atwood (D.C. Bar No. 470258), an attorney admitted to practice in and a member in good standing of the Bar of this Court, by and through her motion for my appearance pro hac vice, has consented to serve as my sponsoring member of the Bar of this Court, and to act as local counsel of record for all purposes in the above-referenced case. Ms. Atwood's address is Center for Biological Diversity P.O. Box 11374, Portland, Oregon and her phone number is (971) 717-6401.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of December, 2025.

_____
Marlee Goska (Alaska Bar No. 2305043)
Center for Biological Diversity
P.O. Box 1178
Homer, AK 99603
(907) 931-4775
mgoska@biologicaldiversity.org

*Applicant Pro Hac Vice*