

**STATE OF ALASKA**

**THIRD JUDICIAL DISTRICT**

I, Danielle Bailey, Executive Director of the Alaska Bar Association and custodian of its records, certify that **Marlee Goska** was admitted to the Alaska Bar Association and to the practice of law in Alaska in May of 2023, and is presently an Active member in good standing of the Alaska Bar Association.

Dated December 2, 2025.



ALASKA BAR ASSOCIATION

*[signature]*
for Danielle Bailey
Executive Director

840 K Street, Suite 100 • Anchorage, Alaska 99501-3353
907-272-7469 • Fax 907-272-2932 • http://www.alaskabar.org