UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br>378 N. Main Avenue<br>Tucson, AZ 85701,<br><br>    *Plaintiff*,<br>    v.<br><br>U.S. DEPARTMENT OF AGRICULTURE,<br>1400 Independence Avenue, SW<br>Washington, D.C. 20250,<br><br>    *Defendant*. | **[PLAINTIFF'S PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY MARLEE GOSKA PRO HAC VICE**<br><br>Case No: 1:25-cv-04389 |

The Court has reviewed the Plaintiff's motion for admission of attorney Marlee Goska pro hac vice. Upon consideration of that motion, the Court grants attorney Marlee Goska's pro hac vice admission to this Court.

IT IS SO ORDERED.

DATED:_____          _____
                                                    United States District Judge

1